passed an order, directing *Green* to pay over to *F. Wheeler*, all the property that came to his hands or possession, as guardian aforesaid, agreeably to the said account so passed. No part of the money appearing to be due by this account was paid, or in any manner secured to be paid. On this statement the county court gave judgment for the plaintiff, and the defendant appealed.

The cause was argued before BUCHANAN, EARLE, MARTIN, and STEPHEN, J.

*R. Johnson*, for the Appellant, referred to the acts of 1798, *ch.* 101, *sub ch.* 12, *s.* 3, 5; *sub ch.* 15, *s.* 12; 1807, *ch.* 136, *s.* 2; & 1816, *ch.* 154.

*Murray* and *Scott*, for the Appellee.

JUDGMENT AFFIRMED.

---

ANDREWS, *et al. vs.* W. & J, BOSLEY.

ERROR to *Baltimore* county court, issued on the 2d of February 1822, to remove the proceedings on a judgment by confession, by way of *supersedeas*, entered into by the plaintiffs in error, before two justices of the peace, on the 17th of November 1815, to stay execution agreeably to the act of 1814, *ch.* 84, on a judgment rendered on the 9th of May 1815, in favour of the defendants in error, against one of the plaintiffs in error.

*Where a confession of judgment, by way of supersedeas, was entered into on the 17th of November 1815, to stay execution, agreeably to the act of 1814, ch. 84, on a judgment rendered on the 9th of May 1815, and a writ of error issued on the 2d of February 1822, to remove the proceedings on the judgment by confession—Held, that the writ of error be quashed, more than three years having elapsed from the judgment by confession and the issuing the writ of error.*

*Murray*, for the defendants in error, moved to quash the writ of error, it having been sued out after three years had elapsed since the judgment. He cited the act of 1807, *ch.* 151, limiting appeals and writs of error to three years after the rendition of judgment.

*R. Johnson*, contra. The act of 1807, *ch.* 151, alludes to judgments in the general court and county courts. The writ of error in this case is on a confession of judgment under the act of 1814, *ch.* 84, taken before two justices of the peace, and by that act such confession stayed execution on the judgment until the 31st of January 1816.

WRIT OF ERROR QUASHED.